# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**DALLAS LEE WELDON,**
    Plaintiff,

v.

**MAPCO EXPRESS INC.,**
    Defendant.

Case No. 1:23-cv-1583-CLM

## DISMISSAL ORDER

Plaintiff Dallas Lee Weldon ("Weldon") filed this case on November 21, 2023. (Doc. 1). Weldon moved for *in forma pauperis* status (doc. 2) and the court denied his motion. (Doc. 8). The court ordered Weldon to pay the filing fee on or before **January 17, 2024**. (Doc. 9). Weldon failed to comply with the court's order. The court then ordered Weldon to show cause why this case should not be dismissed for failure to prosecute or pay the filing fee on or before **February 14, 2024**. (Doc. 10). In the second order, the court instructed Weldon that failure to respond would result in dismissal.

Weldon responded to the court's order that he has not paid the filing fee but has been in contact with Defendant Mapco and the parties are working towards a resolution. Weldon requested that the court dismiss this case. (Doc. 11). The court construes this as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and **DISMISSES** this case **WITHOUT PREJUDICE**.

The court **DIRECTS** the Clerk of Court to close this case.

**Done** and **Ordered** on February 15, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE